■ MICHAEL NOFFER, Appellant, v CHEMUNG CONTRACTING CORPORATION, Respondent. [735 NYS2d 448] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Kirk, J. (Appeal from Order of Supreme Court, Herkimer County, Kirk, J.—Summary Judgment.) Present—Green, J. P., Pine, Hurlbutt, Kehoe and Gorski, JJ.